UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL ESPARZA,<br><br>Plaintiff,<br><br>v.<br><br>SONNY PERDUE, et al.,<br><br>Defendants. | No. 2:18-cv-00154 KJM CKD (PS)<br><br><br><br>ORDER |

Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which he states that his monthly take-home pay is $4,019.19. The district judge assigned to this action referred plaintiff's application to proceed in forma pauperis to the undersigned.

Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

In his application, plaintiff lists one adult son dependent on him for support. His annual take-home income is roughly $48,000. According to the 2017 federal poverty guidelines issued by the U.S. Department of Health and Human Services (HHS), a family of two with a yearly income of $48,000 is at nearly 300% of the poverty rate. Plaintiff's income shows that plaintiff is

1

able to pay the filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigence. See Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v. Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D. Cal. 1994).

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days in which to submit the appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the filing and general administrative fees in the amount of $400 will result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice.

Dated:  February 22, 2018

CAROLYN K. DELANEY  
UNITED STATES MAGISTRATE JUDGE

2 / esparza0154. ifp.den